## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | | |
|---|---|---|
| 6804 QUINCY LLC, | : | No. 88 EM 2019 |
| Respondent | : | |
| v. | : | |
| JUDITH LEVIN, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of August, 2019, the temporary stay entered on July 31, 2019 is hereby **LIFTED**. The Emergency Application for Temporary Stay and Review is **DENIED**.